BARROWAY TOPAZ KESSLER MELTZER & CHECK, LLP
Alan R. Plutzik, Of Counsel (Bar No. 077758)
L. Timothy Fisher, Of Counsel (Bar No. 191626)
2125 Oak Grove Road, Suite 120
Walnut Creek, CA 94598
Telephone: (925) 945-0770
Facsimile: (925) 945-8792

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRENCE POPYK, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>TALEO CORPORATION, MICHAEL GREGOIRE, KATY MURRAY and DIVESH SISODRAKER,<br><br>Defendants. | **CASE NO. 08-cv-05634-PJH**<br><br>NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED.R.CIV. 41(a)(1) |

- 1 -
NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT, Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Terrence Popyk, by and through his counsel, hereby voluntarily dismisses the above-captioned action, without prejudice, as to all Defendants.

Dated: January 15, 2009

                                              BARROWAY TOPAZ KESSLER MELTZER & CHECK, LLP

                                              /s/ L. Timothy Fisher
Alan R. Plutzik, Of Counsel (Bar No. 077758)
L. Timothy Fisher, Of Counsel (Bar No. 191626)
2125 Oak Grove Road, Suite 120
Walnut Creek, CA 94598
Telephone: (925) 945-0770
Facsimile: (925) 945-8792

                                              - and -

BARROWAY TOPAZ KESSLER MELTZER & CHECK, LLP
D. Seamus Kaskela
skaskela@btkmc.com
David M. Promisloff
dpromisloff@btkmc.com
280 King of Prussia Road
Radnor, PA 19087
(610) 667-7706
(610) 667-7056 (fax)